USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2025__



**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

June 16, 2025

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *S.B., et al. v. New York City Dep't. of Educ.,* 25-cv-4364 (AT)(GS)

Dear Judge Torres:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

      Defendant writes to respectfully request that the June 23, 2025 answer deadline be extended to September 25, 2025. Additionally, Defendant respectfully requests that the filing deadline for the parties' proposed case management plan/scheduling order be extended to October 9, 2025, or a date thereafter more convenient for the Court. Plaintiff consents to these requests. This is the first request for an extension. The requested extensions will allow Defendant to complete its internal review process and request settlement authority once Plaintiff provides its billing records.

      Thank you for considering these requests.

Respectfully submitted,
/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

GRANTED IN PART. By **August 25, 2025**, Defendant shall file its answer or otherwise respond to Plaintiffs' complaint. By **September 2, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 16, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge