USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2025

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

August 21, 2025

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      Re: *S.B., et al. v. New York City Dep't. of Educ.*, 25-cv-4364 (AT)(GS)

Dear Judge Torres:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

      Defendant writes to respectfully request that the August 25, 2025 answer deadline be extended to September 25, 2025. Additionally, Defendant respectfully requests that the filing deadline for the parties' proposed case management plan/scheduling order be extended to October 2, 2025, or a date thereafter more convenient for the Court. Plaintiff consents to these requests. This is the second request for extensions of the answer and joint status letter filing deadlines. The first requests were made on June 16, 2025 and granted by Your Honor that same day. The requested extensions will allow the parties to continue settlement negotiations, now that Defendant has made an offer. The parties are hopeful that they can settle this matter without further burden on the Court's time.

      Accordingly, Defendant respectfully requests that the answer deadline be extended to September 25, 2025 and the joint status letter deadline be extended to October 2, 2025. Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

GRANTED.

SO ORDERED.

Dated: August 22, 2025
      New York, New York

ANALISA TORRES
United States District Judge